1  JOSHUA A. SLIKER, ESQ.
   Nevada Bar No. 12493
2  JACKSON LEWIS P.C.
   300 S. Fourth Street, Suite 900
3  Las Vegas, Nevada 89101
   Telephone: (702) 921-2460
4  Facsimile: (702) 921-2461
   Email:  joshua.sliker@jacksonlewis.com
5
6  SARAH P. WIMBERLY, ESQ.
   (*pro hac vice forthcoming*)
7  Georgia Bar No. 579555
   Email: SWimberly@fordharrison.com
8  AMBER ARNETTE, ESQ.
   (*pro hac vice* forthcoming)
9  Email: AArnette@fordharrison.com
   FORD HARRISON L.L.P
10 271 – 17th Street, NW, Suite 1900
   Atlanta, Georgia 30363
11 Telephone: (404) 888-3800
12
13 *Attorneys for Defendant*
14 *Allegiant Air, LLC*

15              **UNITED STATES DISTRICT COURT**
16                 **DISTRICT OF NEVADA**

17  COLLIN COFFMAN,                        Case No. 2:20-cv-01444-GMN-BNW
18                     Plaintiff,
19                                          **STIPULATION AND ORDER TO**
    v.                                      **EXTEND TIME FOR DEFENDANT**
20                                          **TO RESPOND TO PLAINTIFF'S**
    ALLEGIANT AIR, LLC,                     **COMPLAINT**
21
22                     Defendant.              **(FIRST REQUEST)**
23
         IT IS HEREBY STIPULATED by and between Plaintiff COLLIN COFFMAN
24
   ("Plaintiff"), through his counsel, The Urban Law Firm, Defendant, ALLEGIANT AIR, LLC
25
   ("Allegiant" or "Defendant"), by and through its counsel, Jackson Lewis P.C., that Defendant shall
26
   have a 21-day extension up to and including September 29, 2020, in which to file its response to
27
   Plaintiff's Complaint.  This Stipulation is submitted and based upon the following:
28

1.      Plaintiff filed his Complaint on August 4, 2020.  ECF No. 1.  Defendant was served with the Complaint on August 18, 2020.  ECF No. 7.

2.      Defendant's response to the Complaint is currently due on September 8, 2020.

3.      Due to the press of other matters, including adjustments made necessary by the COVID-19 pandemic, and in order to adequately respond to the pleading, counsel for Defendant require additional time.  Counsel for Defendant requests a twenty-one (21) day extension, up to and including September 29, 2020, to file its response to Plaintiff's Complaint.

4.      This is the first request for an extension of time for Defendant to file a response to Plaintiff's Complaint.

5.      This request is made in good faith and not for the purpose of delay.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

6. Nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim and/or defense held by any party.

Dated this 3rd day of September, 2020.

**JACKSON LEWIS P.C.**

/s/ Joshua A. Sliker
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

SARAH P. WIMBERLY, ESQ.
*Admission Pro Hac Vice Forthcoming*
AMBER ARNETTE, ESQ.
*Admission Pro Hac Vice Forthcoming*
FORD HARRISON L.L.P.
271 – 17th Street, NW, Suite 1900
Atlanta, Georgia 30363

*Attorneys for Defendant*
*Allegiant Air, LLC*

**THE URBAN LAW FIRM**

/s/ Nathan R. Ring
NATHAN R. RING, ESQ.
Nevada Bar No. 12078
MICHAEL A. URBAN, ESQ.
Nevada Bar No. 3875
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103

DEIRDRE HAMILTON, ESQ.
Admitted *Pro Hac Vice*
25 Louisiana Avenue, NW
Washington, DC 20001

*Attorneys for Plaintiff Collin Coffman*

**IT IS SO ORDERED.**

_____
United States District Court / Magistrate Judge

Dated: ___September 10, 2020___

WSACTIVELLP:11742371.1