JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
JACKSON LEWIS P.C.
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
Email:  joshua.sliker@jacksonlewis.com

SARAH P. WIMBERLY, ESQ.
(admitted *pro hac vice*)
Email: SWimberly@fordharrison.com
AMBER ARNETTE, ESQ.
(admitted *pro hac vice*)
Email: AArnette@fordharrison.com
FORD HARRISON L.L.P
271 – 17th Street, NW, Suite 1900
Atlanta, Georgia 30363
Telephone: (404) 888-3800
Facsimile: (404) 888-3863

*Attorneys for Defendant*
*Allegiant Air, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| COLLIN COFFMAN,<br><br>                              Plaintiff,<br><br>v.<br><br>ALLEGIANT AIR, LLC,<br><br>                              Defendant. | Case No. 2:20-cv-01444-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff COLLIN COFFMAN ("Plaintiff"), through his counsel, The Urban Law Firm, Defendant, ALLEGIANT AIR, LLC ("Allegiant" or "Defendant"), by and through its counsel, Jackson Lewis P.C., that Defendant shall have a 21-day extension up to and including November 3, 2020, in which to file its response to Plaintiff's First Amended Complaint.  This Stipulation is submitted and based upon the following:

1.      Plaintiff filed his Complaint on August 4, 2020.  ECF No. 1.  Defendant was served with the Complaint on August 18, 2020.  ECF No. 7.

2.      On September 4, 2020, the parties stipulated to allow Defendant additional time to file its response to the Complaint.  ECF No. 9.  The stipulation was granted by the Court on September 10, 2020.  ECF No. 13.

3.      Plaintiff filed his First Amended Complaint on September 28, 2020.  ECF No. 18.

4.      Defendant's response to the Complaint is currently due on October 13, 2020.

5.      Due to the press of other matters, including adjustments made necessary by the COVID-19 pandemic, and in order to adequately respond to the pleading, counsel for Defendant requires additional time and requests a twenty-one (21) day extension, up to and including November 3, 2020, to file its response to Plaintiff's First Amended Complaint.

6.      This is the first request for an extension of time for Defendant to file a response to Plaintiff's First Amended Complaint.

7.      This request is made in good faith and not for the purpose of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

8.    Nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim and/or defense held by any party.

Dated this 13th day of October, 2020.

**JACKSON LEWIS P.C.**                          **THE URBAN LAW FIRM**


_/s/ Joshua A. Sliker_                              _/s/ Nathan R. Ring_
JOSHUA A. SLIKER, ESQ.                    NATHAN R. RING, ESQ.
Nevada Bar No. 12493                        Nevada Bar No. 12078
300 S. Fourth Street, Suite 900            MICHAEL A. URBAN, ESQ.
Las Vegas, Nevada 89101                    Nevada Bar No. 3875
                                                      4270 S. Decatur Blvd., Suite A-9
                                                      Las Vegas, Nevada 89103
SARAH P. WIMBERLY, ESQ.
Admitted _Pro Hac Vice_                       DEIRDRE HAMILTON, ESQ.
AMBER ARNETTE, ESQ.                       Admitted _Pro Hac Vice_
Admitted _Pro Hac Vice_                       25 Louisiana Avenue, NW
FORD HARRISON L.L.P.                      Washington, DC 20001
271 – 17th Street, NW, Suite 1900
Atlanta, Georgia 30363                        _Attorneys for Plaintiff Collin Coffman_

_Attorneys for Defendant_
_Allegiant Air, LLC_



**IT IS SO ORDERED**

**DATED:** 2:50 pm, October 16, 2020


**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**