JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
JACKSON LEWIS P.C.
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
Email: joshua.sliker@jacksonlewis.com

SARAH P. WIMBERLY, ESQ.
(*admitted pro hac vice*)
Georgia Bar No. 579555
Email: SWimberly@fordharrison.com
AMBER ARNETTE, ESQ.
(*admitted pro hac vice*)
Email: AArnette@fordharrison.com
FORD HARRISON LLP
271 – 17th Street, NW, Suite 1900
Atlanta, Georgia 30363
Telephone: (404) 888-3800

*Attorneys for Defendant*
*Allegiant Air, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| COLLIN COFFMAN, et al, | Case No.: 2:20-cv-01444-GMN-BNW |
| Plaintiffs, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| ALLEGIANT AIR, LLC, | |
| Defendant. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Plaintiffs COLLIN COFFMAN, JEREMY ADAMS, EARNEST BOWEN, EDDIE MURIEL, and MATTHEW SCHOEN (collectively as "the Dismissing Plaintiffs"), and Defendant ALLEGIANT AIR, LLC, by and through their respective counsel of record, hereby stipulate and agree to dismiss all of the Dismissing Plaintiffs' claims and allegations therein with prejudice, each party to bear their own fees and costs.

DATED this 13th day of July, 2021.

| NOVARA TESIJA & CATENACCI PLLC | JACKSON LEWIS P.C. |
|---|---|
| */s/ Nathan R. Ring* <br> NATHAN R. RING, ESQ. <br> Nevada Bar No. 12078 <br> 3960 Howard Hughes Pkwy, Suite 500 <br> Las Vegas, Nevada 89169 | */s/ Joshua A. Sliker* <br> JOSHUA A. SLIKER, ESQ. <br> Nevada Bar No. 12493 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 |
| DEIRDRE HAMILTON, ESQ. <br> NICOLAS M. MANICONE, ESQ. <br> Admitted *Pro Hac Vice* <br> International Brotherhood of Teamsters <br> 25 Louisiana Avenue, NW <br> Washington, DC 20001 | SARAH P. WIMBERLY, ESQ. <br> AMBER ARNETTE, ESQ. <br> Admitted *Pro Hac Vice* <br> Ford Harrison LLP <br> 217 – 17th Street, NW, Suite 1900 <br> Atlanta, Georgia 30363 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Allegiant Air, LLC* |

**IT IS SO ORDERED.**

Dated this  14  day of July, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

JACKSON LEWIS P.C.
LAS VEGAS