**NOVARA, TESIJA, CATENACCI, McDONALD & BAAS, PLLC**
NATHAN R. RING, Nevada State Bar No. 12078
3993 Howard Hughes Parkway, Suite 480
Las Vegas, Nevada 89169
Phone: (702) 301-0081
Email: nrr@novaralaw.com
*Counsel for Plaintiffs*

NICOLAS MANICONE, Esq.
25 Louisiana Avenue, NW
Washington, DC 20001
Telephone: (202) 624-7470
*Admitted Pro Hac Vice*
*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| COLLIN COFFMAN, et al.<br><br>               Plaintiffs,<br><br>vs.<br><br>ALLEGIANT AIR, LLC, a domestic limited liability company, | CASE NO: 2:20-cv-01444-GMN-BNW<br><br>**UNOPPOSED MOTION TO REOPEN CASE FOLLOWING CLERK CLOSURE** |

     Plaintiffs, by and through their counsel of record, Nathan R. Ring of Novara, Tesija, Catenacci, McDonald & Baas, PLLC, and Nicolas Manicone, Esq. hereby move this Court to reopen this case.

     On July 13, 2021, counsel for Plaintiffs and Defendant filed a joint stipulation for dismissal of certain claims with prejudice. *See* ECF No. 43. Within the body of that document, claims for the following Plaintiffs were dismissed with prejudice: COLLIN COFFMAN, JEREMY ADAMS, EARNEST BOWEN, EDDIE MURIEL, and MATTHEW SCHOEN. On July 14, 2021, the Court granted the stipulation filed on July 13, 2021. *See* ECF No. 44. When the stipulation was granted through the signed ECF Document Number 44, the Clerk of Court also erroneously noted on the docket that the case was terminated.

There are, in fact, live claims remaining in this case. Plaintiff William Adams's claims remain in this matter and his claims against Defendant have not been dismissed. For this reason, this court action must be reopened, and the reopening be noted on the Court's Docket. The parties are proceeding with discovery on Mr. Adams' claims and the Defendant's defenses thereto. The parties wish to continue the same discovery plan and scheduling order that was entered by this Court on June 14, 2021.

Undersigned counsel for the Plaintiffs certifies that they spoke with Defendant's counsel concerning this Motion. Defendant's counsel stated they would not oppose this Motion now filed by Plaintiffs' counsel.

Dated: August 12, 2021  **NOVARA, TESIJA, CATENACCI, MCDONALD & BAAS, PLLC**

By:  */s/ Nathan R. Ring*
Nathan R. Ring, Nevada State Bar No. 12078
*Counsel for Plaintiffs*

Dated: August 12, 2021  **NICOLAS MANICONE, ESQ.**

By:  */s/ Nicolas Manicone*
Nicolas Manicone, Esq., *admitted pro hac vice*
*Counsel for Plaintiffs*

**IT IS SO ORDERED.**

Dated this  27  day of August, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

I CERTIFY THAT on this 12th day of August, 2021, I filed a true and correct copy of the above and foregoing, **UNOPPOSED MOTION TO REOPEN CASE FOLLOWING CLERK CLOSURE**, using the Court's CM/ECF system, which will send notice of the filing of the document to all registered ECF users in the case.

*/s/ Mary Leonard*
An employee of **NOVARA TESIJA CATENACCI MCDONALD & BAAS, PLLC**