


JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
Email: joshua.sliker@jacksonlewis.com

SARAH P. WIMBERLY, ESQ.
(*admitted pro hac vice*)
Georgia Bar No. 579555
Email: SWimberly@fordharrison.com
AMBER ARNETTE, ESQ.
(*admitted pro hac vice*)
Email: AArnette@fordharrison.com
**FORD HARRISON LLP**
271 – 17th Street, NW, Suite 1900
Atlanta, Georgia 30363
Telephone: (404) 888-3800

*Attorneys for Defendant*
*Allegiant Air, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| COLLIN COFFMAN, et al. | Case No: 2:20-cv-01444-GMN-BNW |
|---|---|
| Plaintiffs, | |
| vs. | **AMENDED STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| ALLEGIANT AIR, LLC, a domestic limited liability company, | |
| Defendant. | |

Plaintiff William Adams, by and through his attorneys of record, and Defendant, Allegiant Air, LLC, by and through its attorneys of record, hereby stipulate and agree to the dismissal of all of William Adams' claims and causes of action in this case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with prejudice.

/ / /

/ / /

1

The dismissal of Mr. Adams' claims will result in dismissal of this case in its entirety. Each party will bear their own attorneys' fees and costs.

DATED this 29th day of December, 2021.

| NOVARA TESIJA & CATENACCI PLLC | JACKSON LEWIS P.C. |
|---|---|
| /s/ Nathan R. Ring | /s/ Joshua A. Sliker |
| NATHAN R. RING, ESQ. | JOSHUA A. SLIKER, ESQ. |
| Nevada Bar No. 12078 | Nevada Bar No. 12493 |
| 3960 Howard Hughes Pkwy, Suite 500 | 300 S. Fourth Street, Suite 900 |
| Las Vegas, Nevada 89169 | Las Vegas, Nevada 89101 |
| | |
| DEIRDRE HAMILTON, ESQ. | SARAH P. WIMBERLY, ESQ. |
| NICOLAS M. MANICONE, ESQ. | AMBER ARNETTE, ESQ. |
| Admitted *Pro Hac Vice* | Admitted *Pro Hac Vice* |
| International Brotherhood of Teamsters | Ford Harrison LLP |
| 25 Louisiana Avenue, NW | 217 – 17th Street, NW, Suite 1900 |
| Washington, DC 20001 | Atlanta, Georgia 30363 |
| | |
| *Attorneys for Plaintiff William Adams* | *Attorneys for Defendant Allegiant Air, LLC* |

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the [49] Stipulation is **DENIED as moot**.

**IT IS FURTHER ORDERED** that the Clerk shall close the case.

Dated this   29   day of December, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2